DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:02-CR-00041(HRH) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) APPLICATION AND AFFIDAVIT FOR |
| | ) ISSUANCE OF WRIT OF EXECUTION |
| JORY N. ULRICH, | ) ON PERMANENT FUND DIVIDEND |
| | ) |
| Defendant. | ) |
| | ) |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT )

I, RICHARD L. POMEROY, hereby state on oath:

1. Judgment for $20,932.73 was imposed on August 23, 2002, in the above-entitled court and action, in favor of the United States of America as judgment creditor and against JORY N. ULRICH as judgment debtor.

2. I am the attorney for said judgment creditor and I request issuance of a Writ of Execution on the judgment.

3. The judgment debtor was represented by counsel.

4. The judgment entered is not a default judgment.

    5.    ACCRUED since the entry of judgment are the following
sums:

            $1,253.69 accrued interest, computed at 1.8%.

            $105.00    accrued costs.

    6.    CREDIT    must    be    given    for    payments    and    partial
satisfaction in the total amount of:

            $5,004.16        which is to be first credited against the
                             judgment as entered, with any excess
                             credited against any accrued penalties,
                             interest,  and  costs,  leaving  a  net
                             balance of:

    7.    $17,287.26        ACTUALLY DUE on June 9, 2006.  Of this
                             total, $15,928.57 is the amount of the
                             original judgment as entered, which still
                             remains due and bears interest at 1.8% in
                             the amount of $0.78 per day from this
                             date.

    8.    The United States seeks to satisfy the balance owing on
the judgment by levying against the Alaska Permanent Fund Dividend
which is to be issued to the above-named defendant.

    9.    The Alaska Permanent Fund dividend is subject to
attachment pursuant to the provisions of Alaska Statute 43.23.065.

    10.  This  is  a  levy  for  satisfaction  of  court-ordered
restitution and, pursuant to AS 43.23.065(b)(2), may attach up to
100% of the Permanent Fund Dividend payable to this debtor.

//

//

//

//

//

//

U.S. vs. JORY N. ULRICH
Case No.: 3:02-CR-00041(HRH)

                                2

DATED this 16th day of June, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney


*Richard L. Pomeroy*

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006, at
Anchorage, Alaska.

NOTARY PUBLIC
State of Alaska
My Commission Expires: 11/17/08

U.S. vs. JORY N. ULRICH
Case No.: 3:02-CR-00041(HRH)

3