IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JORY ULRICH (D-02), ) | |
| ) | No. 3:02-cr-0041-HRH |
| Defendant. ) | |
| _____) | |

ORDER TO RELEASE PFD FUNDS

Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

The attached funds, in the amount of $1,100.96, be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward defendant's criminal restitution.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 22nd day of January, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1]   Clerk's Docket No. 308.